**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sheena Savannah Ann Spoon and Earl Wayne Hitt,
Defendants,

Of whom Earl Wayne Hitt is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-002484

———————————

Appeal From Pickens County
Thomas T. Hodges, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-362
Submitted August 20, 2018 – Filed August 30, 2018

———————————

**AFFIRMED**

———————————

John Brandt Rucker and Allyson Sue Rucker, of The
Rucker Law Firm, LLC, of Greenville, for Appellant.

Julie Mahon Rau, of the South Carolina Department of
Social Services, of Pickens, for Respondent.

Steven Luther Alexander, of Alexander Law Firm, LLC, of Pickens, for the Guardian ad Litem.

_____

**PER CURIAM:** Earl Wayne Hitt appeals from the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hitt's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and THOMAS and GEATHERS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.